No. 196, Misc. REANIER *v.* SMITH, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 204, Misc. MILLER *v.* THE SULTANA. C. A. 2d Cir. Certiorari denied. *Thomas C. Burke* for petitioner. *Sparkman D. Foster* and *Laurence E. Coffey* for respondent.

No. 227, Misc. CAVINESS *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 228, Misc. SHOTKIN *v.* PERKINS ET AL. Supreme Court of Colorado. Certiorari denied. Reported below: See 118 Colo. 584, 199 P. 2d 295.

No. 230, Misc. WESTENHAVER *v.* ILLINOIS. Circuit Court of Shelby County, Illinois. Certiorari denied.

No. 238, Misc. JOHNSON *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 239, Misc. REEVES *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 240, Misc. SHOTKIN *v.* PERKINS. Supreme Court of Colorado. Certiorari denied. Reported below: See 118 Colo. 584, 199 P. 2d 295.

No. 245, Misc. PERROZZI *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 249, Misc. SHERLOCK *v.* RAGEN, WARDEN. Circuit Court of Stark County, Illinois. Certiorari denied.

No. 250, Misc. STINCHCOMB *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.